UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Terrie L. Sena,<br><br>       Petitioner<br><br>v.<br><br>Jo Gentry, et al.,<br><br>       Respondents | 2:16-cv-01534-JAD-VCF<br><br>Order |

Nevada state prison inmate Terrie L. Sena has submitted a financial certificate, but it is not accompanied by an application to proceed *in forma pauperis* or a habeas petition. To properly commence this action, Sena must submit a habeas petition and a completed IFP application with attachments or pay the $5.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that **Sena must submit a habeas petition and either (1) submit an application for leave to proceed *in forma pauperis* along with a signed financial certificate and an inmate account statement or (2) pay the $5.00 filing fee by September 5, 2016, to properly commence this action. If Sena does not meet this deadline, this case will be dismissed without prejudice.** Sena is cautioned that she remains responsible for calculating the one-year period of limitation under 28 U.S.C. § 2244(d)(1) at all times.

The Clerk of Court is instructed to send to Sena a copy of this order, an IFP application for incarcerated litigants, and a copy of this court's approved § 2254 petition form with instructions.

Dated this 5th day of August, 2016

_____
Jennifer A. Dorsey
United States District Judge