1

**UNITED STATES DISTRICT COURT**

2

**DISTRICT OF NEVADA**

3

4    Terrie L. Sena,                                    2:16-cv-01534-JAD-VCF

5              Petitioner                      **Order Dismissing Petition**

6    v.
                                                       [ECF No. 3]
7    Jo Gentry, et al,

8              Respondents

9

10          On August 5, 2016, I ordered Nevada state prison inmate Terrie L. Sena to submit a

11   habeas petition by September 5, 2016, if she wants to properly commence this action.[1]  Instead of

12   a petition, Sena filed a motion to dismiss this case so that she can exhaust her claims in an

13   already pending state-court action.[2]

14          Good cause appearing, and based on Sena's request, IT IS HEREBY ORDERED that the

15   motion to dismiss **[ECF No. 3] is GRANTED**, and **this action is DISMISSED** without

16   prejudice.  Sena is cautioned that she remains responsible for calculating any periods of

17   limitation.  The Clerk of Court is instructed to enter judgment accordingly and CLOSE THIS

18   CASE.

19          DATED: September 9, 2016

20

21                                            _____
                                              Jennifer A. Dorsey
22                                            United States District Judge

23

24

25

26

27

28

[1] ECF No. 2.

[2] ECF No. 3.