AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF　　Nevada

Terrie L. Sena

　　Petitioner,

v.

Jo Gentry, et al.,

　　Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:16-cv-01534-JAD-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

judgment is entered in favor of respondents and against petitioner.

9/9/2016　　　　　　　　　　　　　　　　　　/s/ Lance S. Wilson
Date　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　/s/ Danielle Cacciabaudo
　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk